

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50288 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00766-PSG-1 |
| v. | |
| YIJUN ZHOU, | ORDER |
| Defendant-Appellant. | |

Before:  TASHIMA, SILVERMAN, and GRABER, Circuit Judges.

The opinion and dissent filed on August 10, 2016, and published at 2016 WL 4205942, are withdrawn.  The opinion shall not be cited as precedent by or to any court of the Ninth Circuit.  The court will file a new opinion in due course.